Entered on Docket
May 18, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed May 18, 2012

**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

LAURA ANN GENS,

    Debtor.

Case No. 10-55305 CN
Chapter 11

**ORDER CONTINUING HEARING ON OBJECTION TO CLAIM OF WACHOVIA/WELLS FARGO**

On May 4, 2012, this Court conducted a hearing on Debtor's objection to the proof of claim filed by Wachovia/Wells Fargo. Appearances were stated on the record. Good cause appearing and for the reasons stated on the record;

**IT IS HEREBY ORDERED** that:

1. Debtor shall file and serve a pleading detailing her objections to Wells Fargo's discovery responses, attaching a copy of the privilege log and the document which is missing pages.

2. The parties shall meet and confer by **May 18, 2012**. If the matter is not resolved, the parties are to file and serve further pleadings by **May 25, 2018.**

3. A continued hearing on Debtor's objection to claim is set for **June 21, 2012 at 11:00 a.m.** in courtroom 3070 of the United States Bankruptcy Court, 280 S. First Street, San Jose, California.

* * * END OF ORDER * * *

1

ORDER

1

Case No. 10-55305 CN

**COURT SERVICE LIST**

Laura Ann Gens
4141 Old Trace Rd
Palo Alto, CA 94306

2

ORDER